UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

Case No.  CV 14-3266-WDK (PLAx)                                                                 Date January 26, 2016

Title:   J & J Sports Productions, Inc. v. Bernie D. Morris, et al.

---

☐ U.S. DISTRICT JUDGE
**PRESENT: THE HONORABLE    PAUL L. ABRAMS**
☒ MAGISTRATE JUDGE

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**            **ATTORNEYS PRESENT FOR DEFENDANTS:**
NONE                                                                              NONE

**PROCEEDINGS:**         (ORDER TO SHOW CAUSE)

By Order dated October 26, 2015, the parties were advised that a mediation must be concluded no later than July 25, 2016. On December 1, 2015, a Notice of Mediation Date was filed advising the parties that a mediation was scheduled for Friday, January 22, 2016, at 2:00 p.m. A Mediation Report was filed on January 25, 2016, by the ADR Director, indicating that defendant did not appear at the scheduled mediation. Accordingly, **defendant Roosevelt Biel is ordered to show cause, no later than February 8, 2016, why monetary sanctions should not be imposed on defendant for failure to comply with this Court's October 26, 2015, Order**.

cc:     Hon. William D. Keller
        Gail Killefer, ADR Coordinator
        Thomas P. Riley, Esq.
        Roosevelt Biel, Pro Se

Initials of Deputy Clerk   ch

CV-90 (10/98)                                                              CIVIL  MINUTES  -  GENERAL