UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES-GENERAL**

Case No.   CV 14-3266-WDK (PLAx)                                         Date February 26, 2016

Title:   J & J Sports Productions, Inc. v. Bernie D. Morris, et al.

---

PRESENT: THE HONORABLE   PAUL L. ABRAMS

☐ U.S. DISTRICT JUDGE
☒ MAGISTRATE JUDGE

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**
NONE

**ATTORNEYS PRESENT FOR DEFENDANTS:**
NONE

**PROCEEDINGS:**        (ORDER TO SHOW CAUSE)

By Order dated October 26, 2015, the parties were advised that a mediation must be concluded no later than July 25, 2016. On December 1, 2015, a Notice of Mediation Date was filed advising the parties that a mediation was scheduled for Friday, January 22, 2016, at 2:00 p.m. A Mediation Report was filed on January 25, 2016, by the ADR Director, indicating that defendant did not appear at the scheduled mediation. On January 26, 2016, defendant Roosevelt Biel was ordered to show cause, no later than February 8, 2016, why monetary sanctions should not be imposed on him for failure to comply with this Court's Order. To date, defendant has not responded to the order to show cause in any manner. In these circumstances, the Court finds that monetary sanctions are warranted.

Accordingly, **no later than March 11, 2016, defendant shall pay to the Clerk of the Court the sum of $100.00** as a sanction for failing to comply with this Court's Order by not appearing for the January 22, 2016, mediation.

cc:    Hon. William D. Keller
       Gail Killefer, ADR Coordinator
       Thomas P. Riley, Esq.
       Roosevelt Biel, Pro Se

Initials of Deputy Clerk   ch