UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,** | Case No. CV 14-03266 WDK (PLAx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| **BERNIE D. MORRIS, et al.**, | |
| Defendants. | |

Judgment is hereby entered in favor of plaintiff J & J Sports Productions, Inc. and against defendant Newfornia Solutions, doing business as Neutral Ground, the Court having found that the entry of a Default Judgment is appropriate, and against defendant Roosevelt Biel, individually and doing business as Neutral Ground, upon the Court's grant of Summary Judgment in favor of plaintiff. [*See* Doc. Nos. 68; 69]

IT IS HEREBY ORDERED AND ADJUDGED:

1. Defendant Newfornia Solutions, doing business as Neutral Ground, and defendant Roosevelt Biel, individually and doing business as Neutral Ground, shall pay the plaintiff, J & J Sports Productions, Inc., $55,800.00 in total damages. The

damages award against defendant Roosevelt Biel is joint and several with the award against defendant Newfornia Solutions. Pursuant to Local Rules 54-10 and 54-11 plaintiff may submit its motion for costs and attorneys' fees within fourteen (14) days.[1]

IT IS FURTHER ORDERED that the Plaintiff shall serve, by United States mail or by telefax or by email, copies of this Judgment on counsel for the defendants or the pro se defendants in this matter.

Dated: May 25, 2017

_____

William Keller
United States District Judge

---

[1] The previous award of attorneys' fees in the amount of $3,832 against defendant Newfornia Solutions will be offset against any additional request for attorneys' fees.